IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUAN A. VARGAS

v.  Civil No. – JFM-11-238

INDYMAC BANK, F.S.B., ET AL.

## MEMORANDUM

Plaintiffs have filed this *pro se* action. Defendant has filed a motion to dismiss and a motion for substitution of parties. Plaintiffs have responded to the motions by filing a "Motion To Compel And Dismiss Defendant Motion."

Plaintiffs apparently do not oppose the motion for substitution of parties. That motion will be granted.

Neither the complaint nor the response filed by plaintiffs is intelligible. It appears that plaintiffs may be challenging a foreclosure action that has not yet been filed. In any event, plaintiffs have failed to state a claim upon which relief can be granted, and defendant's motion to dismiss will be granted as well.

Date: 3/11/11

J. Frederick Motz
United States District Judge

1